# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-369-FDW-DCK

| | |
|---|---|
| ELIZABETH T. PUTNAM and SARAH A. PUTNAM, as Co-Administratrix of the Estate of TERRY DALE PUTNAM, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNUM GROUP CORPORATION d/b/a UNUM LIFE INSURANCE COMPANY OF AMERICA, )<br><br>Defendant. ) | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and a pending motion will soon be ripe.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned on **November 8, 2007** for a Status and Motions Hearing prepared to summarize the status of this case and to argue any pending motions, including the "Motion Of Defendant Unum Group Corporation To Dismiss..." (Document No. 5). The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

This hearing does not relieve the parties of their existing obligations under the "Standing Order Governing Civil Case Management Before The Honorable Frank D. Whitney" (3:07-MC-47 (Document No. 2)). The Court in its discretion may also use the hearing as an opportunity to conduct an initial pretrial conference and specifically to discuss the parties' proposed discovery plan.

**SO ORDERED.**

Signed: October 9, 2007

_____
David C. Keesler
United States Magistrate Judge